### Commonwealth *v.* Pennebaker, Appellant.

Before LEHMAN, P. J.

Argued March 10, 1969. *Charles R. Whitehill,* for appellant; *R. Lee Ziegler,* District Attorney, for Commonwealth, appellee, submitted a brief.

Order and judgment of sentence affirmed.

### Commonwealth *v.* Rambeau, Appellant.

Before SHADLE, J.

Submitted March 10, 1969. *J. Patrick Clark,* Assistant Public Defender, for appellant; *Harry C. Stonesifer,* Assistant District Attorney, and *John F. Rauhauser, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Commonwealth *v.* Schartner, Appellant.

Before BOWMAN, J.

Argued March 10, 1969. *John J. Krafsig, Jr.,* for appellant; *Jerome T. Foerster,* Assistant District Attorney, with him *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.